FILED
CLERK, U.S. DISTRICT COURT

MAY - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Jesse Perce Canada<br><br>DEFENDANT(S). | CASE NUMBER<br><br>10-1646-2<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing is set for ___May 6, 2010___ , _____ , at ___2:00___ ☐ a.m. / ☑ p.m. before the Honorable ___Ralph Zarefsky___ , in Courtroom ___540___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___5/4/10___                    _____Ralph Zarefsky_____
                                        U.S. District Judge/Magistrate Judge